1046

No. 76–5447. FRAZIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5451. CHAPMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 76–5452. MOORE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 76–5453. REYES-PADRON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5461. BUDHU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5462. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5467. SIMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5469. STRAHLA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5470. FLOYD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5473. GUERRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5477. THOMPSON v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 76–5478. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5480. MILLER v. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5481. LaCOUNT v. GEORGIA. Sup. Ct. Ga. Certiorari denied.